THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-197-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS |
| MICHAEL JOHN DEROCHE, | |
| Defendant. | |

This matter having come before the Court on Mr. Deroche's Motion for Modification of Bod Conditions, and the Court having reviewed the pleadings of the parties and the records and files, it is now therefore

ORDERED that Defendant's Motion for Modification of Bond Conditions is GRANTED, and the Soberlink is to be removed. All other bond conditions shall remain in place.

IT IS SO ORDERED.

DONE this 5th day of February, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ *Greg Geist*
Assistant Federal Public Defender
Attorney for Michael Deroche

ORDER GRANTING DEFENDANT'S MOTION
FOR MODIFICATION OF BOND CONDITIONS
(*US v. Michael Deroche*; CR19-197-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100