THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-197-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |
| MICHAEL JOHN DEROCHE, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Deroche would like to plead guilty and resolve the case in a timely fashion; and

(c) Mr. Deroche wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE    - 1
*US v. Michael Deroche;* CR19-197RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Deroche believes that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

    (d) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

DONE this __12th__ day of January, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Michael Deroche

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE - 2
US v. Michael Deroche; CR19-197RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100