UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-197-RSL |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| MICHAEL JOHN DEROCHE, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

One Apple iMac 6, seized from the Defendant on October 2, 2019.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 30, 2021, the Court entered a Preliminary Order of Forfeiture finding this computer forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it (Dkt. No. 47);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 52); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the above-identified computer exists in any party other than the United States;

2.      The computer is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the computer as permitted by governing law.

IT IS SO ORDERED.

DATED this ___6th___ day of October, 2021.

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture  - 2
*United States v. Deroche,* CR19-197-RSL